Argued April 24, reversed and remanded May 8, reconsideration denied June 14, petition for review denied October 17, 1978

STATE OF OREGON, *Appellant,*
*v.*
JOSEPH JULIAN RYERSON, *Respondent.*
(No. T77-5494, CA 9632)
577 P2d 946

Thomas H. Denney, Assistant Attorney General, Salem, argued the cause for appellant. With him on the brief were James A. Redden, Attorney General, and Al J. Laue, Solicitor General, Salem.

Robert S. Gardner, Corvallis, argued the cause for respondent. On the brief was S. David Eves, Corvallis.

Before Schwab, Chief Judge, and Lee, Richardson and Joseph, Judges.

PER CURIAM.

Reversed and remanded. *State v. Ramsey,* 17 Or App 665, 523 P2d 601 (1974).